WR-83,914-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/18/2015 5:12:00 PM
Accepted 9/18/2015 5:28:44 PM
ABEL ACOSTA
CLERK

CAUSE NUMBER 1971655

EX PARTE          )          IN THE COURT OF CRIMINAL APPEALS OF
SONDRA HUMPHREY )          THE STATE OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
9/18/2015
ABEL ACOSTA, CLERK

## MOTION FOR LEAVE TO FILE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

Comes now Sondra Humphrey, applicant in the
above-entitled and numbered cause, and respectfully
moves this Court pursuant to Texas Rule of Appellate
Procedure 72.1 to grant leave to file the accompanying
original petition for writ of habeas corpus.

Respectfully submitted,

Lott J. Brooks, III
Law Offices In The
Downtown Sport Complex
1314 Texas, Suite 1710
Houston, Texas 77002
(713) 223-0303
SBN: 030707050
Attorney for Applicant

# CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on Brian Rose in person on the 18th day of September, 2015 or by delivery of a true copy to him/her by mail, by depositing it, postpaid, in an official depository under the care and custody of the United States Postal Service on the 18th day of September, 2015, enclosed in a wrapper properly addressed as follows:

Mr. Brian Rose
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002-1923